

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

12/11/2020
The proposed briefing schedule is adopted and the January 7 conference is adjourned to Tuesday, February 9, 2021 at 12 noon. Time will be excluded through February 9, 2021. SO ORDERED.

*[signature: Paul A. Crotty]*

Re: *United States v. David Leanos Perez*, 20 Cr. 300 (PAC)

Dear Judge Crotty:

The defendant has filed several pretrial motions. (Dkt. Nos. 27, 30). The Government's opposition is currently due on December 14, the defense reply is due on December 21, and a conference before the Court is currently scheduled for January 7, 2021. The parties have had discussions concerning a pretrial disposition that may obviate the need for continued motions practice, but those discussions are not yet complete. As a result, the Government respectfully requests, with the consent of defense counsel, that the briefing schedule be modified so that the Government's opposition date is adjourned to January 11, 2021, the defense reply date is adjourned to January 18, 2021, and the January 7, 2021 conference be adjourned to a date convenient for the Court in February 2021. The parties will inform the Court in the event a pretrial disposition is reached in advance of the next conference date. The Government further moves, in an abundance of caution and with the consent of defense counsel, for the exclusion of time under the Speedy Trial Act through the next scheduled conference. That exclusion will serve the interests of justice as it will allow the parties time to discuss a possible resolution. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ Daniel G. Nessim
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486