

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

1/11/2021
A two-week extension is granted. SO ORDERED.

*/s/ Paul A. Crotty*

Re:   *United States v. David Leanos Perez*, 20 Cr. 300 (PAC)

Dear Judge Crotty:

The Government respectfully writes, with the consent of the defendant, to request a two-week adjournment to file its opposition to the defendant's pretrial motions. The Government's opposition is currently due on January 11, 2021. The parties are in the midst of discussions that may obviate the need for continued motions practice, but require additional time to complete those discussions.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/ Daniel G. Nessim
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486