UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

                -against-                             20-cr-0300 (LAK)

DAVID LEANOS PEREZ,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Before the Court is defendant's *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).[1]

        On September 23, 2021, Judge Paul A. Crotty sentenced defendant principally to a term of imprisonment of 60 months.[2] On February 23, 2024, defendant moved for a reduction of sentence under Amendment 821 to the Sentencing Guidelines. On March 25, 2024, the Probation Office completed a Supplemental Presentence Report.[3]

        The Supplemental Presentence Report correctly determined that defendant is ineligible for a sentence reduction under Amendment 821. First, defendant is ineligible for a reduction under Section 4A1.1 because he did not receive an enhancement for committing the

---

[1] Dkt 58.

[2] Dkt 53.

        On April 1, 2024, this case was reassigned to the undersigned.

[3] Dkt 59.

instant offense while under a criminal justice sentence.[4] Second, defendant is ineligible for a reduction under Section 4C1.1 because he did not have zero criminal history points at the time he was sentenced.[5]

Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is denied.

SO ORDERED.

Dated:    April 2, 2024

_____
Lewis A. Kaplan
United States District Judge

---

[4]    Dkt 45 (Final PSI) at 8; Dkt 50 (Def. Sent. Ltr.) at 1.

[5]    Dkt 45 (Final PSI) at 4, 8; Dkt 54 (Sent. Tr.) at 11:17-12:12.