Copy mailed along with a copy of DI 60 by First Class mail to DAVID PEREZ (Reg. No. 76428-054), FCI LOMPOC 1, FEDERAL CORRECTIONAL INSTITUTION, 3600 GUARD ROAD, LOMPOC, CA 93436. AM

Case 1:20-cr-00300-LAK   Document 61   Filed 05/15/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/24

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DAVID LEANOS PEREZ | ) Case No: 1:20-CR-300-01(LAK) |
| | ) USM No: 76428-054 |
| Date of Original Judgment: 09/23/2021 | ) |
| Date of Previous Amended Judgment: | ) David Leanos Perez, pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____/____/____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/14/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Lewis A. Kaplan, U.S.D.J.
*Printed name and title*